UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No.96-50444
Summary Calendar

_____

LONNIE D. CLARK,

Plaintiff-Appellant,

versus

MIC LIFE INSURANCE CORPORATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Western District of Texas
(W-95-CV-48)

_____

May 22, 1997

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Lonnie D. Clark pleaded guilty to mail fraud concerning misrepresentations he made to obtain insurance policies. His conviction was affirmed by this court. *United States v. Clark*, No. 94-10833 (5th Cir. 1995) (unpublished). Clark appeals from the dismissal, as frivolous, of this subsequent action against MIC Life Insurance Co. ("MIC"). Clark contends generally that his federal constitutional rights were violated by MIC and that it violated

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Texas insurance and deceptive-trade-practices law regarding an insurance policy purchased by Clark.

Clark does not contend that the district court erred by holding his federal law claims barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), or that the district court erred by declining to exercise supplemental jurisdiction over his state-law claims. In short, Clark has failed to brief the relevant issues for appeal. His appeal is dismissed as frivolous. *See* 5TH CIR. R. 42.2.

Clark is admonished that filing frivolous appeals in the future, particularly appeals in which he names the insurance companies he pleaded guilty of defrauding as appellees, will invite the imposition of sanctions against him. To avoid such sanctions, Clark should review any pending appeals to ensure that none of his claims are frivolous.

*APPEAL DISMISSED; SANCTIONS WARNING ISSUED.*